**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Huey Kendall JONES, Defendant–**
**Appellant.**

No. 08–30882
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Huey Kendall Jones has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jones has filed a response. Our independent review of the record, counsel's brief, and Jones's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Jones's motion to appoint new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.